2:14-cv-01005-RMG     Date Filed 03/17/14    Entry Number 6     Page 1 of 5
2:14-mn-02502-RMG     Date Filed 03/17/14    Entry Number 26    Page 1 of 5
Case MDL No. 2502   Document 161   Filed 03/17/14   Page 1 of 5

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

A TRUE COPY
ATTEST: ROBIN L. BLUME, CLERK

BY: *Sandra S. Shealy*
DEPUTY CLERK

IN RE: LIPITOR (ATORVASTATIN CALCIUM)
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION (NO. II)     MDL No. 2502

(SEE ATTACHED SCHEDULE)

**CONDITIONAL TRANSFER ORDER (CTO −6)**

On February 18, 2014, the Panel transferred 42 civil action(s) to the United States District Court for the District of South Carolina for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. §1407. *See* _F.Supp.2d_ (J.P.M.L. 2014). Since that time, 164 additional action(s) have been transferred to the District of South Carolina. With the consent of that court, all such actions have been assigned to the Honorable Richard M Gergel.

It appears that the action(s) on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the District of South Carolina and assigned to Judge Gergel.

Pursuant to Rule 7.1 of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, the action(s) on the attached schedule are transferred under 28 U.S.C. §1407 to the District of South Carolina for the reasons stated in the order of February 18, 2014, and, with the consent of that court, assigned to the Honorable Richard M Gergel.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the District of South Carolina. The transmittal of this order to said Clerk shall be stayed 7 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 7−day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is
pending at this time, the
stay is lifted.

Mar 17, 2014

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

2:14-cv-01005-RMG    Date Filed 03/17/14    Entry Number 6    Page 2 of 5
2:14-mn-02502-RMG    Date Filed 03/17/14    Entry Number 26    Page 2 of 5
Case MDL No. 2502    Document 161    Filed 03/17/14    Page 2 of 5

IN RE: LIPITOR (ATORVASTATIN CALCIUM)  
MARKETING, SALES PRACTICES AND  
PRODUCTS LIABILITY LITIGATION (NO. II)        MDL No. 2502

### SCHEDULE CTO−6 − TAG−ALONG ACTIONS

| DIST | DIV. | C.A.NO. | CASE CAPTION |
|---|---|---|---|
| **ALABAMA MIDDLE** | | | |
| ALM | 2 | 14−00128 | Banks v. Pfizer Inc. |
| **ALABAMA NORTHERN** | | | |
| ALN | 1 | 14−00341 | Weldon v. Pfizer Inc |
| **ALABAMA SOUTHERN** | | | |
| ALS | 1 | 14−00087 | Brazelton v. Pfizer, Inc. |
| **ARIZONA** | | | |
| AZ | 2 | 14−00361 | Barker et al v. Pfizer Incorporated |
| **CALIFORNIA CENTRAL** | | | |
| CAC | 2 | 14−01030 | Bonita P. Harris v. Pfizer Inc et al |
| CAC | 2 | 14−01226 | Alphonsine Esters v. Pfizer Inc et al |
| **CALIFORNIA NORTHERN** | | | |
| CAN | 3 | 14−00843 | Hawkins v. Pfizer, Inc. |
| **GEORGIA MIDDLE** | | | |
| GAM | 1 | 14−00035 | Inyang v. PFIZER INC |
| **GEORGIA NORTHERN** | | | |
| GAN | 1 | 14−00616 | Dawson v. Pfizer Inc. |
| **GEORGIA SOUTHERN** | | | |
| GAS | 2 | 14−00025 | Lawton v. Pfizer Inc. |

2:14-cv-01005-RMG     Date Filed 03/17/14     Entry Number 6     Page 3 of 5
2:14-mn-02502-RMG     Date Filed 03/17/14     Entry Number 26     Page 3 of 5
Case MDL No. 2502   Document 161   Filed 03/17/14   Page 3 of 5

| | | | |
|---|---|---|---|
| GAS | 5 | 14−00021 | Trueluck−Hardin v. Pfizer Inc. |

ILLINOIS NORTHERN

| | | | |
|---|---|---|---|
| ILN | 1 | 14−01300 | Castillo et al v. Pfizer, Inc. |

IOWA SOUTHERN

| | | | |
|---|---|---|---|
| IAS | 4 | 14−00061 | Orrell v. Pfizer, Inc. |
| IAS | 4 | 14−00062 | Lumley v. Pfizer, Inc. |

KANSAS

| | | | |
|---|---|---|---|
| KS | 2 | 14−02088 | Beems v. Pfizer Inc. |
| KS | 5 | 14−02089 | Hammerschmidt v. Pfizer Inc. |

KENTUCKY WESTERN

| | | | |
|---|---|---|---|
| KYW | 3 | 14−00203 | Anderson v. Pfizer Inc. |

LOUISIANA WESTERN

| | | | |
|---|---|---|---|
| LAW | 6 | 14−00155 | Lemaire et al v. Pfizer Inc |

MINNESOTA

| | | | |
|---|---|---|---|
| MN | 0 | 14−00562 | Cook v. Pfizer Inc. |
| MN | 0 | 14−00565 | Rabak v. Pfizer Inc. |
| MN | 0 | 14−00567 | Waller v. Pfizer Inc. |
| MN | 0 | 14−00568 | Carter v. Pfizer Inc. |
| MN | 0 | 14−00569 | Jones v. Pfizer Inc. |
| MN | 0 | 14−00570 | Cox v. Pfizer Inc. |
| MN | 0 | 14−00571 | Brasher v. Pfizer Inc. |

NEW JERSEY

| | | | |
|---|---|---|---|
| NJ | 3 | 14−01126 | BRUCCIANI v. PFIZER INC. |

NEW MEXICO

| | | | |
|---|---|---|---|
| NM | 2 | 14−00097 | Hidalgo et al v. Pfizer Inc. |

OHIO NORTHERN

| | | | |
|---|---|---|---|
| OHN | 1 | 14−00198 | Martin et al v. Pfizer Inc |
| OHN | 1 | 14−00265 | Pountney et al v. Pfizer Inc. |
| OHN | 3 | 14−00266 | Dario v. Pfizer |
| OHN | 3 | 14−00351 | Croom et al v. Pfizer Inc. |

OHIO SOUTHERN

| | | | |
|---|---|---|---|
| OHS | 2 | 14−00105 | Gaiton v. Pfizer Inc. |

2:14-cv-01005-RMG     Date Filed 03/17/14     Entry Number 6     Page 4 of 5
2:14-mn-02502-RMG     Date Filed 03/17/14     Entry Number 26     Page 4 of 5
Case MDL No. 2502   Document 161   Filed 03/17/14   Page 4 of 5

|      |   |          |                              |
|------|---|----------|------------------------------|
| OHS  | 2 | 14−00192 | Larimer et al v. Pfizer, Inc. |
| OHS  | 3 | 14−00042 | Maloney et al v. Pfizer, Inc. |
| OHS  | 3 | 14−00059 | Rayford v. Pfizer, Inc.      |

OKLAHOMA WESTERN

| OKW | 5 | 14−00157 | Jackson et al v. Pfizer Inc |
| OKW | 5 | 14−00180 | Fillmore v. Pfizer Inc |

OREGON

| OR | 3 | 14−00311 | Hanson v. Pfizer, Inc. |

PENNSYLVANIA EASTERN

| PAE | 2 | 14−00952 | CULBRETH v. PFIZER INC. |

TENNESSEE WESTERN

| TNW | 2 | 14−02135 | Calvin v. Pfizer, Inc. |

TEXAS EASTERN

| TXE | 2 | 14−00089 | Fowler v. Pfizer, Inc. et al |

TEXAS NORTHERN

| TXN | 3 | 14−00518 | Trujillo et al v. PFIZER INC |
| TXN | 3 | 14−00748 | James v. Pfizer Inc. |
| TXN | 4 | 14−00148 | Miller v. Pfizer Inc. |
| TXN | 4 | 14−00152 | Carollo v. Pfizer Inc. |
| TXN | 4 | 14−00153 | Catlin v. Pfizer Inc. |

TEXAS SOUTHERN

| TXS | 1 | 14−00024 | Means v. Pfizer Inc |
| TXS | 4 | 14−00197 | Alker et al v. Pfizer Inc. |
| TXS | 4 | 14−00479 | Brown−Freddie v. Pfizer Inc. |
| TXS | 5 | 14−00022 | Cooper v. Pfizer Inc. |

TEXAS WESTERN

| TXW | 5 | 14−00177 | Moffett v. Pfizer Inc. |

UTAH

| UT | 2 | 14−00140 | Cravens v. Pfizer |
| UT | 2 | 14−00141 | Morrill v. Pfizer |
| UT | 2 | 14−00142 | Montoya v. Pfizer |

VIRGINIA EASTERN

2:14-cv-01005-RMG     Date Filed 03/17/14    Entry Number 6     Page 5 of 5
2:14-mn-02502-RMG     Date Filed 03/17/14    Entry Number 26    Page 5 of 5
Case MDL No. 2502   Document 161   Filed 03/17/14   Page 5 of 5

| VAE | 3 | 14−00061 | Joyce v. Pfizer Inc. |
| VAE | 3 | 14−00062 | Sheneman v. Pfizer Inc. |
| VAE | 3 | 14−00119 | Bishop v. Pfizer, Inc. |
| VAE | 3 | 14−00120 | Drew v. Pfizer Inc. |